IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL ANTHONY MILLER,

    Plaintiff,                        No. CIV S-04-2509 MCE KJM P

    vs.

ARNOLD SCHWARZENEGGER,

    Defendants.                 ORDER TO SHOW CAUSE

_____/

        Plaintiff is a state prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. Plaintiff has filed an application to proceed in forma pauperis.

        The court takes judicial notice under Federal Rule of Evidence 201 of the motion to dismiss filed in <u>Miller v. Kuhn</u>, CIV S 03-1270 FCD PAN P. It appears that plaintiff has "struck out" under 28 U.S.C. § 1915(g) and therefore may not proceed in forma pauperis. <u>See</u> Mot. To Dismiss (CIV S 03-1270, docket # 15), Exs. B, C, D & E. Good cause appearing, the court will order plaintiff to show cause why he should not be ordered to pay the $150.00 filing fee in effect at the time of filing of this action before proceeding further.

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that, within twenty days of this order,
2  plaintiff shall show cause why he should not be required to pay the $150.00 filing fee for this
3  action before proceeding.  Plaintiff's failure to respond to this order will result in a
4  recommendation that this action be dismissed.
5  DATED: October 19, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

[1] mill2509.1915(g)